Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'23 JUL 21 PM2:21

| | |
|---|---|
| United States of America<br>v.<br>Deshaun Holmes<br><br>*Defendant* | )<br>)<br>)  Case No.  3:23-mj-391<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Deshaun Holmes,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2114 Robbery of Mail, Money, or other property of the United States
18 USC 924(c) Possession of Firearm in Furtherance of a Violent Crime
18 USC 1704 Theft of a Postal Service Key
18 USC 1708 Theft of US Mail

Date:  07/21/2023

/s/ Pamela Bloomquist
_____
*Issuing officer's signature*

Pamela Bloomquist, Deputy Clerk
_____
*Printed name and title*

City and state:   Fargo, ND

---

**Return**

This warrant was received on *(date)*  7/21/2023 , and the person was arrested on *(date)*  7/21/2023
at *(city and state)*  Fargo, ND .

Date:  7/21/2023

DUSM _____
*Arresting officer's signature*

DUSM Josh Leet   For: Postal Inspector
                         Thomas D. Irvin
*Printed name and title*